OPINION — AG — THE OKLAHOMA TAX COMMISSION MUST PROVIDE NOTICE BY MAIL THAT THE TAXPAYER HAS THE OPTION OF PAYING THE REGISTRATION AND RECEIVING HIS LICENSE PLATE THROUGH THE MAIL DIRECTLY FROM THE COMMISSION OR OF REGISTERING AND RECEIVING HIS LICENSE PLATE FROM A MOTOR LICENSE AGENT. (MOTOR VEHICLE LICENSE) (STEPHEN F. SHANBOUR) CITE: 47 O.S. 1977 Supp., 22.1 [47-22.1], 47 O.S. 1977 Supp., 22.30 [47-22.30](1), 47 O.S. 1977 Supp., 22.20 [47-22.20], 47 O.S. 1977 Supp., 22.21 [47-22.21], 47 O.S. 1977 Supp., 22.20 [47-22.20] [47-22.20](1), 47 O.S. 1977 Supp., 22.13 [47-22.13](A)